1  Christian De Olivas
   CalBarNo. 249608
2  De Olivas Law Firm, APLC
   200 N. Bradford Ave., Suite L
3  Placentia, CA 92870
   Telephone: (714) 646-3314
4  Facsimile:  (714) 646-3721



FILED
DEC 27 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,                )   Case No: 307-mj-02888-BLM-1
                                         )
         Plaintiff,                      )   **SUBSTITUTION OF ATTORNEY**
                                         )
    vs.                                  )
                                         )
Jorge Arturo BANDILLA-VILLA              )
                                         )
         Defendant                       )
                                         )
_____          )

JORGE ARTURO BANDILLA-VILLA _____ hereby substitutes attorney CHRISTIAN DE OLIVAS, from the DE OLIVAS LAW FIRM, APLC, located at 200 N. Bradford Avenue, Suite L, Placentia, CA 92870, with telephone number, (714) 646-3314, as attorney of record in place and stead of attorney, PAUL D TURNER.

DATED: 26-12-07                       _____ /s/ Arturo B _____
                                                        DEFENDANT
                                      Jorge Arturo Bandilla Villa

I consent to the above substitution.

DATED: 12-27-07                       _____ /s/ Paul D T _____
                                                    PRESENT ATTORNEY

                                      307-mj-02888-BLM-1

1

1  //
2       I am duly admitted to practice in this district.
3       I accept the above substitution.
4
5  DATED: __12-27-07__          _____
6                                            NEW ATTORNEY
7
8       Please check one: __✓__ RETAINED, or _____ APPOINTED BY THE
9  COURT.
10
11 DATED:                       APPROVED:
12 _12/27/07_                   _Barbara L. Major_
13                              UNITED STATES DISTRICT COURT MAGISTRATE Judge

307-mj-02888-BLM-1

2