FILED

JAN 10 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08CR0105-JAH |
| | ) | |
| Plaintiff, | ) | I N F O R M A T I O N |
| | ) | |
| v. | ) | Title 21, U.S.C., Secs. 952 |
| | ) | and 960 - Importation of |
| JORGE ARTURO BANDILLA-VILLA, | ) | Methamphetamine (Felony) |
| | ) | |
| Defendant. | ) | |

The United States Attorney charges:

On or about December 12, 2007, within the Southern District of California, defendant JORGE ARTURO BANDILLA-VILLA, did knowingly and intentionally import 50 grams or more, to wit: approximately 1.35 kilograms (2.97 pounds), of methamphetamine (actual), a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: 1/10/08

KAREN P. HEWITT
United States Attorney

f₀. JDK
CARLA J. BRESSLER
Assistant U.S. Attorney

CJB:kmm:San Diego
1/3/08