1. Christian De Olivas

2                                                              08-cr-0105-JAH