FILED

08 APR 24 AM 10: 11

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CASE NO. 08CR00105-001 |
| ) | |
| v. ) | O R D E R |
| ) | |
| JORGE ARTURO BANDILLA-VILLA, ) | |
| ) | |
| Defendant. ) | |

Pursuant to a written request from the United States Probation Office, the sentencing date presently set for June 2, 2008, is vacated and reset to July 14, 2008, at 10:30 a.m.

If the defendant is on bond, defense counsel is to file an acknowledgment of the next court date by the defendant within a week of receipt of this order.

DATED: 4-22-08

_____
John A. Houston
U.S. District Judge

cc: all counsel of record

/sak